1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARIO DAVILA,

        Defendant.

CASE NO. CR18-5580-BHS-3

ORDER

13  This matter is before the Court on defendant Mario Davila's motion for early
14  termination of supervision or immediate out of state transfer, Dkt. 150.
15  Following Davila's guilty plea to Conspiracy to Distribute Methamphetamine, this
16  Court sentenced Davila to 60 months of custody followed by 4 years of supervised
17  release. Dkt. 135. Davila began his term of supervision on April 4, 2024. Dkt. 146.
18  On October 17, 2024, Davila admitted to violating four conditions of supervision:
19  failure to follow the instructions of the probation officer, failure to report for drug testing
20  on two occasions, consumption of marijuana, and failure to report a change of
21  employment. Dkt. 160; Dkt. 146.
22

ORDER - 1

1     Both the Government and Probation oppose Davila's request for early termination of supervision, or, in the alternative, a transfer out of state. Dkts. 151, 152.

    Because Davila has served only six months of his supervised release term and in that short time has admitted to four violations, the Court concludes early termination of supervision is not appropriate and that Davila is not a good candidate for out of state transfer at this time.

    Therefore, it is hereby **ORDERED** that Davila's motion for early termination of supervision or immediate out of state transfer, Dkt. 150, is **DENIED**.

    Dated this 17th day of October, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge